IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GERZON SANCHEZ,

    Plaintiff,

v.

JANE KOHLWAY and OFFICER DELMORE,

    Defendants.

JUDGMENT IN A CIVIL CASE

18-cv-82-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case without prejudice for under Heck v. Humphrey, 512 U.S. 477, 487 (1994).

/s/                                2/28/2018
Peter Oppeneer, Clerk of Court        Date